**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ALYSSA DOWLING**                                                                        **PLAINTIFF**

**V.**                                                                        **NO. 3:26-CV-126-DMB-JMV**

**ERIC KOMITEE**                                                                        **DEFENDANT**

**FINAL JUDGMENT**

In accordance with the order entered this date, this case is dismissed without prejudice.

**SO ORDERED**, this 7th day of July, 2026.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**